IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02908-BNB

BRANDEN J. VALDEZ,

    Plaintiff,

v.

ALEX GILLETTE, OTERO COUNTY SHERIFF'S, and
MS. LOVE, OTERO COUNTY SHERIFF'S,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Branden Valdez, resides in La Junta, Colorado.  He initiated this action on October 24, 2013, by submitting *pro se* a Complaint.

    On October 28, 2013, Magistrate Judge Boyd N. Boland directed Mr. Valdez to cure certain deficiencies.  Specifically, Magistrate Judge Boland instructed Mr. Valdez to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form or, alternatively, to pay the $400.00 filing fee.  Magistrate Judge Boland also directed Mr. Valdez to file a Complaint that asserted a basis for federal court jurisdiction.  Magistrate Judge Boland instructed Mr. Valdez to obtain the court-approved forms, along with the applicable instructions, on this Court's website at www.cod.uscourts.gov.  Magistrate Judge Boland warned Mr. Valdez in the October 28 Order that failure to cure the designated deficiencies by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Valdez has failed to submit any documents in compliance with the October

28 Order and has not paid any portion of the applicable filing fee.  Furthermore, Mr. Valdez has not communicated with the Court since he initiated this action on October 24, 2013.  The action therefore will be dismissed without prejudice.  Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Branden J. Valdez, to comply with the October 28, 2013 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Valdez files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this   5th   day of    December             , 2013.

BY THE COURT:

　　s/Lewis T. Babcock　　　　　　　
LEWIS T. BABCOCK, Senior Judge
United States District Court